[No. 9129-1-II. Division Two. April 17, 1987.]

THE STATE OF WASHINGTON, *Appellant*, v. MORRIS WAYNE KOSER, *Respondent*.

Appeal from a judgment of the Superior Court for Grays

Harbor County, No. 85-1-00085-7, Robert L. Charette, J., entered August 19, 1985. *Affirmed* by unpublished opinion per Howard, J. Pro Tem., concurred in by Dolliver and Steiner, JJ. Pro Tem.